SOLOMON LUBAR, Respondent, v. GANIS HOLDING CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within ten days from service of order. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SOCRATES MOSCAHLADES and Another, Doing Business under the Firm Name, etc., Appellants, v. GEORGE P. BAKALAS and Another, Respondents, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within ten days from service of order. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

OTTO FISCHER, Respondent, v. BURTON-DIXIE CORPORATION, Appellant.— Order so far as appealed from modified as indicated in order and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ATLANTIC MORTGAGE CORPORATION, Appellant, v. THE KRAMER CONTRACTING COMPANY, Respondent, Impleaded with Others, Defendants.— Order so far as appealed from modified as indicated in order and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Petition of the NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Respondent, to Vacate an Assessment for South Street Paving from Whitehall to Corlears Street. THE CITY OF NEW YORK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CHARLES D. HALSEY and Another, Copartners, etc., Respondents, v. ELLA L. BENSEL, as Executrix, etc., of JOHN A. BENSEL, Deceased, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that the complaint states a cause of action on an account stated, which is not referable. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of WILLIAM C. ABERCROMBIE for an Order in the Action Entitled: PAUL JONES, Respondent, v. WILLIAM C. ABERCROMBIE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MICHAEL CERUSSI & Co., INC., Respondent, v. MOSHOLU PARKWAY CORPORATION and Another, Appellants, Impleaded with Others.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.